No. 02–9171. LAWRENCE v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Harnett County, N. C. Certiorari denied.

No. 02–9172. JOLLEY v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 02–9180. JONES v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. 

No. 02–9187. VOGEL v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–9209. MOORE v. AMERICAN TRANSIT INSURANCE CO. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. ██

No. 02–9221. PALMER v. DEPARTMENT OF JUSTICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–9223. BUNTING v. OHIO. Ct. App. Ohio, Stark County. Certiorari denied.

No. 02–9249. ALLEN v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Anson County, N. C. Certiorari denied.

No. 02–9252. RUSTIN v. LaVIGNE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–9255. DINGLE v. SOUTH CAROLINA. Ct. Common Pleas of Greenwood County, S. C. Certiorari denied.

No. 02–9259. SMITH v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–9262. MITCHELL v. UNION PACIFIC RAILROAD CO. C. A. 8th Cir. Certiorari denied. 

No. 02–9269. LEE v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 02–9290. PROPER v. WHITE, WARDEN. C. A. 6th Cir. Certiorari denied.